# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **TO FILE UNDER SEAL** |
| | ) | |
| Francisco Javier Solis Chacon, | ) | |
| | ) | |
| | ) | Case No. 1:18-mj-393 |
| Defendant. | ) | |
| | ) | |

Before the Court is the "United States' Motion for Leave to File Under Seal and Future Court Filings" filed November 28, 2018. (Doc. No. 3). The United States moves to file the Complaint, Affidavit, and all future court filings under seal because the documents contain confidential information regarding an ongoing investigation. The United States requests the documents remain sealed for an additional 180 days. The court **GRANTS** the motion (Doc. No. 3) and **ORDERS** that the Complaint, Affidavit, and all future court filings in the above-captioned matter be filed under seal.

Dated this 29th of November, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court