IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,            )<br>                                                    )<br>            Plaintiff,                   )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>Francisco Javier Solis Chacon,  )<br>                                                    )<br>            Defendant.              ) | **ORDER**<br><br>Case No. 1:19-cr-028 |

On motion by the Government, the Court issued an order on November 28, 2018, sealing the above-captioned case for 180 days. (Doc. No. 7).

On May 23, 2019, the Government filed a motion to extend the sealing of the above-captioned case by an additional 180 days. It asserts that public disclosure of the documents filed in this case may compromise an ongoing criminal investigation

Having reviewed the Government's motion, the Court concludes that the Government's confidentiality and safety concerns outweigh the public's right to access this information. Accordingly the court **GRANTS** the Government's motion (Docket No. 34). The above-captioned case shall remain sealed until November 25, 2019, at which time it shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 24th day of May, 2019.

                                                                        */s/ Clare R. Hochhalter*
                                                                        Clare R. Hochhalter, Magistrate Judge
                                                                        United States District Court