# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,         ) | |
|                                   ) | |
|     Plaintiff, ) | **ORDER** |
|                                   ) | |
| vs.                               ) | |
|                                   ) | |
| Francisco Javier Solis Chacon,    ) | Case No. 1:19-cr-028 |
|                                   ) | |
|     Defendant. ) | |

On motion by the United States, the court issued an order on May 24, 2019, directing that the above-captioned case remain under seal until November 25, 2019. (Doc. No. 35).

On November 14, 2019, the United States filed a motion to extend the sealing of the above-captioned case by an additional 180 days. It asserts that public disclosure of the documents filed in this case may compromise an ongoing criminal investigation.

Having reviewed the United States' motion, the court concludes that the United States' confidentiality and safety concerns presently outweigh the public's right to access this information. Accordingly, the court **GRANTS** the United States' motion (Doc. No. 49). The above-captioned action shall remain sealed until May 25, 2020, at which time it shall be unsealed without further order of the court.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2019.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court