# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Travel" filed on December 6, 2019. Defendant requests permission to travel to Guadalajara, Mexico, on December 15, 2019, and return to North Dakota on December 28, 2019. The United States has no objection to defendant's travel. Accordingly, the court **ADOPTS** the stipulation (Doc. No. 51) and authorizes defendant to travel to Guadalajara, Mexico on December 15, 2019, with the understanding that he shall return to North Dakota by December 28, 2019.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court