# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Travel" filed on March 10, 2020. Defendant requests permission to travel to Guadalajara, Mexico, on April 1, 2020, and return to North Dakota on April 12, 2020. The United States has no objection to defendant's travel.

Accordingly, the court **ADOPTS** the stipulation (Doc. No. 56) and authorizes defendant to travel to Guadalajara, Mexico, on April 1, 2020, with the understanding that he shall return to North Dakota by April 12, 2020

**IT IS SO ORDERED.**

Dated this 11th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court