# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Travel" filed on June 2, 2020. Defendant requests permission to travel to Guadalajara, Mexico, on June 10, 2020, and return to North Dakota by June 17, 2020. The United States has no objection to defendant's travel.

Accordingly, the court **ADOPTS** the stipulation (Doc. No. 62) and authorizes defendant to travel to Guadalajara, Mexico, on June 10, 2020, with the understanding that he shall return to North Dakota by June 17, 2020

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court