# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Francisco Javier Solis Chacon, ) | Case No. 1:19-cr-028 |
| ) | |
| Defendant. ) | |

Before the Court is a "Stipulation for Travel" filed on March 5, 2021. (Doc. No. 78). Defendant requests permission to travel to Guadalajara, Mexico, for business purposes from March 31, 2021, until April 12, 2021.

The United States has joined in the request. Accordingly, the Court **ADOPTS** the stipulation (Doc. No. 78) and authorizes Defendant's requested travel to Guadalajara, Mexico, from March 31, 2021, through April 12, 2021.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2021.

                                             */s/ Clare R. Hochhalter*
                                             Clare R. Hochhalter, Magistrate Judge
                                             United States District Court