# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,      )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br>Francisco Javier Solis Chacon, )<br>                              )<br>         Defendant.           ) | **ORDER**<br><br>Case No. 1:19-cr-028 |

Before the Court is a "Stipulation for Travel" filed on July 21, 2021. (Doc. No. 84). Defendant requests permission to travel to Guadalajara, Mexico, for business purposes. He asks to leave on August 5, 2021, and return to the District of North Dakota by August 15, 2021.

The United States has joined in the stipulation. Accordingly, the Court **ADOPTS** the stipulation (Doc. No. 84) and authorizes Defendant's requested travel with the understanding that he will depart for Guadalajara, Mexico, on August 5, 2021, and return to the District of North Dakota by August 15, 2021.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2021.

                              */s/ Clare R. Hochhalter*
                              Clare R. Hochhalter, Magistrate Judge
                              United States District Court