# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Francisco Javier Solis Chacon, ) | Case No. 1:19-cr-028 |
| ) | |
| Defendant. ) | |

On September 23, 2021 the parties submitted a stipulation for travel by defendant to Guadalajara, Mexico from October 10-17, 2021, for business purposes. (Doc. No. 88). The court issued an order on September 24, 2021, adopting the stipulation and authorizing defendant's travel. (Doc. No. 89).

Now before the court is a "Revised Stipulation for Travel" filed on September 27, 2021. (Doc. No. 90). Therein defendant advises that his travel has been delayed by one week and that he would be leaving North Dakota on October 17, 2021, and returning on October 24, 2021. He requests that the court amend its September 24, 2021, order accordingly. The United States has joined in the revised stipulation.

The Court **ADOPTS** the revised stipulation (Doc. No. 90) and amends its September 24, 2021, order as follows. Defendant is authorized to travel to Guadalajara, Mexico from October 17-24, 2021.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court