# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Before the Court is the United States' motion to extend the sealing of the above-captioned case by an additional 180 days. (Doc. No. 92). It asserts that public disclosure of the documents filed in this case may compromise an ongoing criminal investigation.

Having reviewed the motion, the Court concludes that the confidentiality and safety concerns cited by the United States outweigh the public's right to access this information. Accordingly, the Court **GRANTS** the motion. (Doc. No. 92). The above-captioned case shall remain sealed until April 22, 2022, at which time it shall be unsealed without further order of the Court.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2021.

／s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court