# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Travel" filed on April 25, 2022. (Doc. No. 102). Defendant requests permission to travel to Guadalajara, Mexico, for business purposes upon issuance of this order until July 24, 2022. The United States has joined in the stipulation.

The Court **ADOPTS** the stipulation (Doc. No. 102) and authorizes Defendant's requested travel with the understanding that he will depart for Guadalajara, Mexico, upon issuance of this order and return to the District of North Dakota by July 24, 2022.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2022.

*Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court