# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Travel" filed on September 26, 2022. (Doc. No. 108). Defendant requests permission to travel to Guadalajara, Mexico, for business purposes from September 29, 2022, through October 18, 2022. The United States has joined in the stipulation.

The Court **ADOPTS** the stipulation (Doc. No. 108) and authorizes Defendant's requested travel with the understanding that he will depart for Guadalajara, Mexico, on September 29, 2022, and return to the District of North Dakota by October 18, 2022.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court