IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Francisco Javier Solis Chacon, ) | Case No. 1:19-cr-028 |
| ) | |
| Defendant. ) | |

On motion by the United States, the court ordered that this case shall remain sealed until November 11, 2022.  (Doc. Nos. 106, 107).

On October 4, 2022, the United States filed a motion seeking leave to disclose defendant's sealed plea agreement and sealed plea agreement supplement for use at trial in United States v. Randall Jude Phelan, 3:20-cr-151-PDW (D.N.D.).  (Doc. No. 110).  Defendant is expected to testify at this trial.

The court **GRANTS** the United States' motion (Doc. No. 110).  United States may disclose defendant's sealed plea agreement (Doc. No. 23) and sealed plea agreement supplement (Doc. No. 24) to counsel and at trial in United States v. Randall Jude Phelan, 3:20-cr-151-PDW (D.N.D.).

**IT IS SO ORDERED.**

Dated this 6th day of October, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court