# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Francisco Javier Solis Chacon, ) | Case No. 1:19-cr-028 |
| ) | |
| Defendant. ) | |

Before the Court is a "Stipulation for Travel" filed on October 26, 2022.  (Doc. No. 112). Defendant requests permission to travel to Guadalajara, Mexico, for business purposes from November 1, 2022, through December 13, 2022.  The United States has joined in the stipulation.

The Court **ADOPTS** the stipulation (Doc. No. 112) and authorizes Defendant's requested travel with the understanding that he will depart for Guadalajara, Mexico, November 1, 2022, and return to the District of North Dakota by December 13, 2022.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court