# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Francisco Javier Solis Chacon, | ) | Case No. 1:19-cr-028 |
| | ) | |
| Defendant. | ) | |

Pursuant to Court's October 27, 2022, order, Defendant is currently in Guadalajara, Mexico for business purposes. (Doc. No. 113). Defendant is scheduled to return on December 13, 2022, for the Sentencing that was set for December 20, 2022. That Sentencing has been rescheduled to February 9, 2023. (Doc. No. 118).

Before the Court is a "Stipulation for Travel" filed on December 7, 2023. (Doc. No. 119). Therein Defendant requests permission to remain in Guadalajara, Mexico, for business purposes until February 1, 2023. The United States has joined in the stipulation.

The Court **ADOPT**S the stipulation (Doc. No. 112) and authorizes Defendant to remain in Guadalajara, Mexico, until February 1, 2023. Defendant shall return to the District of North Dakota on February 1, 2023.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court